# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                    Plaintiff,<br>vs.<br><br>JACE T. MCDONALD and ADAMS EZ TAX, LLC<br><br>                    Defendants. | Adversary Proceeding<br>Case No. 19-51040 (JKS)<br><br><br>**Ref Docket No. 35** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                               ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2022, I caused to be served the "Order Approving Stipulation to Vacate Entry of Default Against Jace T. McDonald and Adams EZ Tax, LLC," dated March 7, 2022 [Docket No. 35], by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Adams EZ Tax LLC, Attention: Jace McDonald, R/A, 211 E. June Street, Adams, Wisconsin 53910-9304.*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
8th day of March, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024